**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**SHIRLEY WALDBUESSER, *et al.*,**

**Plaintiffs,**

**v.**

**NORTHROP GRUMMAN CORPORATION, *et al.*,**

**CASE NUMBER. 06CV4897**

**Defendants.**

## NOTICE OF DISMISSAL

Come now Plaintiffs, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and give notice of the dismissal of this action.

Dated: September 21, 2006

Respectfully submitted,

**Schlichter, Bogard & Denton**

/s/ Elizabeth J. Hubertz
Jerome J. Schlichter
Elizabeth J. Hubertz
Heather Lea
120 W. Main Street
Suite 208
Belleville, IL 62220

100 South Fourth Street
Suite 900
St. Louis, MO 63102
Tel: 314-621-6115
Fax: 314-621-7151
jschlichter@uselaws.com
ehubertz@uselaws.com
hlea@uselaws.com
Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Elizabeth J. Hubertz, an attorney, certify that I caused to be served a copy of the foregoing **NOTICE OF DISMISSAL** upon the parties listed below via First Class Mail, on this the 21st day of September 2006.

Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

Phillip Frost, as Member of The
Compensation and Management
Development Committee And Board Of
Directors
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

The Northrop Grumman Corporation
Savings Plan Administrative Committee
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

Kevin Sharer, as Member of The
Compensation and Management
Development Committee And Board Of
Directors
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

Northrop Grumman Corporation
Compensation And Management
Committee Of The Board Of Directors,
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

Philip A. Odeen, as Member of The
Compensation and Management
Development Committee And Board Of
Directors
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

Northrop Grumman Corporation Savings
Plan Investment Committee
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

Richard Myers, as Member of The
Compensation and Management
Development Committee And Board Of
Directors
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

J. Michael Hately as Corporate Vice
President And Former Chief Human
Resources Officer,
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

Stephen Frank, as Member of The
Compensation and Management
Development Committee And Board Of
Directors
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

Ian Ziskin as Chair Of The Administrative Committee
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

Dennis Wootan, As Secretary Of The Administrative Committee
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

John T. Chain, Jr., as Member of The Compensation and Management Development Committee And Board Of Directors
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

Lewis W. Coleman, as Member of The Compensation and Management Development Committee And Board Of Directors
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

Aulana Peters, as Member of the Board Of Directors
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

Ryan Hamlin, as Corporation Director Of Investments
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

Rose Mary Abelson, as Member of the Investment Committee,
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

Vic Fazio, as Member of the Board Of Directors
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

Charles Larson, as Member of the Board Of Directors
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

Ronald A. Sugar, as Member of the Board Of Directors
C/O Northrop Grumman Corporation
1840 Century Park East
Los Angeles, CA 90067

/s/ Elizabeth J. Hubertz
Counsel for Plaintiffs